UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | February 18, 2015 |
| **Bankruptcy Case No.** | 15 B 05384 | **Adversary No.** | |
| **Title of Case:** | Naperville Theater, LLC | | |

**Brief Statement of Motion**

Application to set hearing on emergency motion to pay pre-petition payroll and benefits and to continue employee benefit programs in the ordinary course of business (docket entry No.3)

Application to set hearing on emergency motion for an interim order authorizing the use of cash collateral (docket entry No. 4)

Application to set hearing on emergency motion to (I) maintain certain customer programs and (II) honor or pay related pre-petition obligations to its customers (docket entry No. 5)

**Names and Addresses of moving counsel**

David A. Newby
Coman & Anderson, P.C.
650 Warrenville Road, Suite 500
Lisle, Illinois 60532

**Representing** Debtor

## ORDER

The debtor's applications to set hearing on emergency motions are granted. The motions must be filed and noticed for hearing on Thursday, February 19, 2015, at 11:00 a.m. in courtroom 642.

*/s/ A. Benjamin Goldgar*