**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 15-05384 |
| Naperville Theater, LLC, | ) | |
| | ) Honorable A. Benjamin Goldgar | |
| Debtor, | ) | |
| | ) | |
| | ) | |

**FINAL REPORT BY DEBTOR IN POSSESSION AND LIST OF UNPAID**
**POSTPETITION DEBTS**

Naperville Theater, LLC, formerly debtor in possession, hereby files its final report and schedule of post-petition debts as required by Bankruptcy Rule 1019(5):

1. On February 18, 2015, the above named debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code.
2. On June 29, 2015, an order was entered converting the case to a case under Chapter 7 of the Bankruptcy Code and Frank J. Kokoszka was appointed interim trustee. All records and property of the estate which were in the debtor's possession or control on the date of the entry of the order of conversion have been turned over to the trustee.
3. The attached report lists all receipts and disbursements made by the debtor in possession not included in the monthly operating reports heretofore filed by the debtor in possession during the pendency of the Chapter 11 case.
4. Schedule A in the attached report is a list of unpaid debts incurred after the commencement of the superseded Chapter 11 case, including the name and address of each creditor.

NAPERVILLE THEATER, LLC

By: /s/ David Newby
One of its attorneys

**Declaration**

I, Alex D. Moglia, former manager of Naperville Theater, LLC, the debtor in the above named case, declare under penalty of perjury that the foregoing is true and correct.

10/6/, 2015

EXHIBIT "A"

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

CASE NAME: NAPERVILLE THEATER, LLC                CASE NO. 15-05384

#### SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending    JUNE 30, 2015

| | | |
|---|---|---:|
| BEGINNING BALANCE IN ALL ACCOUNTS | $ | 41,137.14 |
| **RECEIPTS:** | | |
| 1. Receipts from operations | $ | 3,192.75 |
| 2. Other Receipts - Transfer per JFS (First Community Bank) | $ | 40,000.00 |
| **DISBURSEMENTS:** | | |
| 3. Net payroll: | | |
| a.  Officers | $ | - |
| b. Others | $ | 841.67 |
| 4. Taxes | | |
| a. All Payroll Taxes | $ | 2,599.16 |
| i.  Sales Taxes | $ | - |
| 5. Necessary expenses: | | |
| a. Rent or mortgage payments(s) | $ | 1,425.71 |
| b. Utilities | $ | - |
| c. Insurance | $ | - |
| e. Other necessary expenses (specify) | | |
| Film Costs | $ | - |
| Food Costs | $ | - |
| Beverage Costs | $ | - |
| Other Expenses | $ | 88.52 |
| Professional Fees | $ | 40,000.00 |
| 6. Loan Repayment | $ | - |
| TOTAL DISBURSEMENTS | $ | 44,955.06 |
| NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD | $ | (1,762.31) |
| ENDING BALANCE IN   FIRST COMMUNITY FINANCIAL BANK   ACCOUNT 217003060 | $ | 144.12 |
| ENDING BALANCE IN   FIRST COMMUNITY FINANCIAL BANK   ACCOUNT 217007459 | $ | 34,230.71 |
| ENDING BALANCE IN   FIRST COMMUNITY FINANCIAL BANK   ACCOUNT 217007483 | $ | 5,000.00 |
| ENDING BALANCE IN   NAPERVILLE BANK & TRUST   ACCOUNT 5007002304 | $ | - |
| ENDING BALANCE IN ALL ACCOUNTS | $ | 39,374.83 |

OPERATING REPORT  Page 1

OPERATING REPORT  Page 2
EXHIBIT "B"
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: NAPERVILLE THEATER, LLC              CASE NO. 15-05384

RECEIPTS LISTING

For Month Ending    JUNE 30, 2015

Bank:  FIRST COMMUNITY FINANCIAL BANK

Location:  PLAINFIELD, ILLINOIS

Account Name:  DEBTOR IN POSSESSION

Account No.:  217007459

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/4/2015 | MISCELLANEOUS DEPOSIT | 1,892.75 |
| 6/25/2015 | MISCELLANEOUS DEPOSIT | 1,300.00 |
| | TOTAL RECEIPTS | 3,192.75 |
| 6/1/2015 to 6/30/15 | TRANSFERS FROM 217003060 | - |
| | TOTAL CREDITS | $    3,192.75 |

Receipts may be identified by major categories.  It is not necessary to list each transaction
separately by name of customer or invoice number.  You must, however, create a separate list for
each bank account to which receipts were deposited during the month.

OPERATING REPORT  Page 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: NAPERVILLE THEATER, LLC                CASE NO. 15-05384

RECEIPTS LISTING

For Month Ending   JUNE 30, 2015
Bank:  FIRST COMMUNITY FINANCIAL BANK

Location:  PLAINFIELD, ILLINOIS

Account Name:  DEBTOR IN POSSESSION

Account No.:  217003060

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | Credit Card Deposits/Credits | - |
| | Credit Card Deposits/Credits | - |
| | Credit Card Deposits/Credits | - |
| | | - |
| | TOTAL RECEIPTS | - |
| | Returned Item Credit | - |
| 6/1/15 to 6/30/15 | Reverse OD Item Charge | 128.00 |
| | Transfers from 217007459 | $        - |
| | TOTAL CREDITS | $    128.00 |

Receipts may be identified by major categories.  It is not necessary to list each transaction
separately by name of customer or invoice number.  You must, however, create a separate list for
each bank account to which receipts were deposited during the month.

OPERATING REPORT  Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: NAPERVILLE THEATER, LLC                    CASE NO. 15-05384

RECEIPTS LISTING

For Month Ending    JUNE 30, 2015

Bank:  FIRST COMMUNITY FINANCIAL BANK

Location:  PLAINFIELD, ILLINOIS

Account Name:  DEBTOR IN POSSESSION
                      UTILITIES ADEQUATE ASSURANCE ACCOUNT
Account No.:  217007483


| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | TOTAL: | $        - |

Receipts may be identified by major categories.  It is not necessary to list each transaction
separately by name of customer or invoice number.  You must, however, create a separate list for
each bank account to which receipts were deposited during the month.

OPERATING REPORT  Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: NAPERVILLE THEATER, LLC                CASE NO. 15-05384

RECEIPTS LISTING

For Month Ending      JUNE 30, 2015

Bank:  NAPERVILLE BANK & TRUST

Location:  NAPERVILLE, ILLINOIS

Account Name:  NAPERVILLE THEATER, LLC / HOLLYWOOD PALMS
ACCOUNT CLOSED ON 2/19/15
Account No.:   5007002304

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| | | |
| | TOTAL: | $        - |

Receipts may be identified by major categories.  It is not necessary to list each transaction
separately by name of customer or invoice number.  You must, however, create a separate list for
each bank account to which receipts were deposited during the month.

OPERATING REPORT  Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: NAPERVILLE THEATER, LLC            CASE NO. 15-05384

For Month Ending      JUNE 30, 2015

STATEMENT OF INVENTORY - NOT APPLICABLE

| | |
|---|---|
| Beginning inventory | $            - |
| Add: purchases | $            - |
| Less: cost of goods sold | $            - |
| Ending inventory | $            - |

PAYROLL INFORMATION STATEMENT

| | |
|---|---|
| Gross payroll for this period | $            - |
| Payroll taxes due but unpaid | $            - |

STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| | | | | |

* Include only post-petition payments.

OPERATING REPORT  Page 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: NAPERVILLE THEATER, LLC          CASE NO. 15-05384

For Month Ending      <u>JUNE 30, 2015</u>

<u>STATEMENT OF AGED RECEIVABLES</u>

ACCOUNTS RECEIVABLE:

Beginning of month balance                        $ _____ -

Less:  Net Credits on account                     $ _____ -

Less: collections                                 $ _____ -

End of month balance                              $ _____ -

**Aging $ in 000's**

| 0-30<br><u>Days</u> | 31-60<br><u>Days</u> | 61-90<br><u>Days</u> | Over 90<br><u>Days</u> | End of Month<br><u>TOTAL</u> |
|---|---|---|---|---|
| $ - | $ - | $ - | $ - | $ - |

STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance                        $      18,537

Add: credit extended                              $      40,716

Less: payments of account                         $      41,514

End of month balance                              $      17,739

| 0-30<br><u>Days</u> | 31-60<br><u>Days</u> | 61-90<br><u>Days</u> | Over 90<br><u>Days</u> | End of Month<br><u>TOTAL</u> |
|---|---|---|---|---|
| $ - | $ 13,537 | $ 4,202 | $ - | $ - |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

OPERATING REPORT  Page 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: NAPERVILLE THEATER, LLC                    CASE NO. 15-05384

FOR MONTH ENDING :   <u>JUNE 30, 2015</u>

<u>TAX QUESTIONNAIRE</u>

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis.  Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | |
|---|---|---|
| 1 Federal Income Taxes | Yes ( x ) | No ( ) |
| 2 FICA withholdings | Yes ( x ) | No ( ) |
| 3 Employee's withholdings | Yes ( x ) | No ( ) |
| 4 Employer's FICA | Yes ( x ) | No ( ) |
| 5 Federal Unemployment Taxes | Yes ( x ) | No ( ) |
| 6 State Income Tax | Yes ( x ) | No ( ) |
| 7 State Employee withholdings | Yes ( x ) | No ( ) |
| 8 All other state taxes | Yes ( x ) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

| Amount<br>Due | Past<br>Due | Last<br>Payment |
|---|---|---|

OPERATING REPORT  Page 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DECLARATION UNDER PENALTY OF PERJURY**

I,   Alex D. Moglia      acting as the duly authorized manager of the LLC,

declare under penalty of perjury under the laws of the United State that I have read and

I certify that the figures, statements, disbursement itemizations, and account balances

as listed in this Monthly Report of the Debtor are true and correct as of the date of this

report to the best of my knowledge, information and belief.

For the Debtor In Possession (Manager)

Print or type name and capacity of
person signing this Declaration:

Alex D. Moglia

_Manager

DATED: 10/6/15

OPERATING REPORT  Page 10


SCHEDULE  "A"
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


CASE NAME: NAPERVILLE THEATER, LLC                    CASE NO. 15-05384


POST-PETITION PAYABLES OVER 30 DAYS

For Month Ending      JUNE 30, 2015

SEE ATTACHED SCHEDULE

| Naperville Theater LLC | | | | | |
| DBA Hollywood Palms | | | | | |
| Amounts to pay | | | | | |
| 6/30/2015 | | | | | |
| Name | Address | Amount | Current | 31-60 | 61+ |
| American Zoetrope | 916 Kearny, San Francisco, CA 94133 | 374.75 | | 374.75 | |
| Lionsgate Releasing Companies | c/o Chase Manhattan Bank, Lionsgate Lockbox 29159, 4 Chase Metrocheck Center, 7th Floor East, Brooklyn, NY 11245 | 1,853.04 | | 1,853.04 | |
| Universal Film Exchange | PO Box 848270, Dallas, TX 75248-8270 | 2,560.59 | | 2,560.59 | |
| Walt Disney Studios Motion Pictures | PO Box 732554, Dallas, TX 75373 | 1,310.80 | | 1,310.80 | |
| Oracle America Inc. | 7031 Columbia Gateway Drive, Columbia, MD 21046 | 1,051.79 | | 1,051.79 | |
| Sony | 10202 W. Washington Blvd., Culver City, CA 90232-3119 | 344.67 | | 344.67 | |
| Star Cinema Grill | 4811 Highway G, Missouri City, TX  77459 | 4,095.00 | | 4,095.00 | |
| Nsite Market Research | 8581 Santa Monica Blvd., #112, West Hollywood, CA 90069 | 234.23 | | 234.23 | |
| Nicor Gas - acct. 00-08-10-96804 | PO Box 5407, Carol Stream, IL 60197-5407 | 784.06 | | 784.06 | - |
| City of Naperville - acct. 412423-141028 | 400 S. Eagle Street, Naperville, IL 60540 | 362.77 | | | 362.77 |
| City of Naperville - acct. 412423-141026 | 400 S. Eagle Street, Naperville, IL 60540 | 173.58 | | | 173.58 |
| City of Naperville - acct. 412423-75812 | 400 S. Eagle Street, Naperville, IL 60540 | 3,330.46 | | | 3,330.46 |
| Home Depot - acct. 603532020209164704 | PO Box 182676, Columbus, OH 43218-2676 | 300.26 | | 300.26 | - |
| H&L Sewer Service | 1009 Churchill Dr, Bolingbrook, IL 60440 | 250.00 | | | 250.00 |
| ASCAP | PO Box 331608-7515, Nashville, TN 37203-9998 | 85.28 | | | 85.28 |
| Cinema Scene | 9200 Indian Creek Parkway, Suite 200, Overland Park, KS 66210 | 316.47 | | 316.47 | |
| State of Illinois - Department of Revenue | Springfield, IL 62719-0001 | 311.20 | | 311.20 | |
| Total | | $17,738.95 | $  - | $ 13,536.86 | $4,202.09 |

OPERATING REPORT  Page 11

EXHIBIT "C"

U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

FOR CALENDAR QUARTER ENDING JUNE 30, 2015

DISBURSEMENTS*

| 1. | MONTH | DISBURSEMENTS |
|---|---|---|
| | APRIL, MAY, JUNE | $  2,416,963.17 |
| | | $              - |
| | TOTAL DISBURSEMENTS FOR QUARTER | $  2,416,963.17 |
| 2. | QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. §1930(A)(6) | $      9,750.00 |
| 3. | QUARTERLY FEE PAID (Attach proof of payment) | $      9,750.00 |
| 4. | AMOUNT OF UNPAID FEES (IF ANY) | $              - |

I,  Alex D. Moglia    acting as the duly authorized agent for
the Debtor In Possession (Manager) declare under penalty of perjury under the
laws of the United States that I have read and certify that the figures, statements, disbursement
itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true
and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 10/6/15                    _____
                                  For the Debtor In Possession (Manager)

(Print or type name and                 Alex D. Moglia
capacity of person signing
this Declaration).              _____ Manager

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed
plan as well as all other disbursements.

Form 6123
(Rev. 06-97)

Department of the Treasury-Internal Revenue Service
**Verification of Fiduciary's Federal Tax Deposit**

**Do not attach this Notice to your Return**

TO:

District Director, Internal Revenue Service
Attn: Chief, Special Procedures Function

FROM:

Name of Taxpayer    NAPERVILLE THEATER LLC

Taxpayer Address    1325 REMINGTON ROAD, STE H
SCHAUMBURG, IL 60173

The following information is to notify you of Federal tax deposit(s)(FTD) as required by
the United States Bankruptcy Court (complete sections 1 and/or 2 as appropriate):

**Section 1**                                Form 941 Federal Tax Deposit (FTD) Information

| Taxes Reported on<br>Form 941, Employer's<br>Quarterly Federal Tax Return | for the payroll period from  6/1  to  6/30/15 |
| --- | --- |
| | Payroll date                    _____ |
| | Gross wages paid to employees    $ 0 |
| | Income tax withheld                              $ |
| | Social Security (Employer's plus Employee's<br>share of Social Security Tax)              $ |
| | Tax Deposited                                    $ |
| | Date Deposited               _____ |

**Section 2**                                Form 940 Federal Tax Deposit (FTD) Information

| Taxes Reported on<br>Form 940, Employer's Annual<br>Federal Unemployment Tax<br>Return | for the payroll period from          to |
| --- | --- |
| | Gross wages paid to employees              $ |
| | Tax Deposited                              $ |
| | Date Deposited               _____ |

**Certification**
**(Certification is limited to receipt or electronic transmittal of deposit only)**

This certifies receipt or electronic transmittal of deposits described below for Federal taxes as
efined in Circular E, Employer's Tax
Guide (Publication 15)

Deposit Method        ? Form 8109/8109B Federal Tax Deposit (FTD) coupon
(check box)           ? Electronic Federal Tax Payment System (EFTPS) Deposit

Amount (Form 941 Taxes        Date of Deposit        EFTPS acknowledgment number or
                                                     Form 8109 FTD received by:

Amount (Form 940 Taxes        Date of Deposit        EFTPS acknowledgment number or
                                                     Form 8109 FTD received by:

Depositor's Employer
Identification Number:

Name and Address of Bank

Under penalties of perjury, I certify that the above federal tax deposit information is true and correct

Signed: _____          Date: _10/6/15_

Name and Title
(print or type)

Cat. #43099Z

*ALEX MOGLIA*

*FORMER MANAGER*

Form  6123 (rev. 06-97)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _Naperville Theater LLC_      CASE NO.: _15-05384_

DISBURSEMENT LISTING

FOR MONTH ENDING _June 30_, 20_15_

Bank: _First Community Financial Bank_

Location: _14150 S. U.S. 30 Plainfield IL 60544_

Account Name: _Naperville Theater LLC dba Hollywood Palms Debtor in Possession_

Account No.: _217003060_

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

See Attached

TOTAL: _$216.52_

You must create a separate list for each bank account from which disbursements were made during the month.

OPERATING REPORT  Page 3

```
Date  6/30/15           Page   1
Account Number     @XXXXXXXXXX@3060
Enclosures
```

```
Naperville Theater LLC
DBA Hollywood Palms
Debtor in Possession
1325 Remington Road  Suite H
Schaumburg IL 60173
```

---- CHECKING ACCOUNTS ----

TO ENROLL IN E-STATEMENTS LOG ON TO ONLINE BANKING OR CALL YOUR LOCAL BANKER
AND THEY WILL BE HAPPY TO ASSIST YOU.

```
Account Analysis                        Number of Enclosures            0
Account Number        @XXXXXXXXXX@3060  Statement Dates   6/01/15 thru  6/30/15
Previous Balance              232.64    Days in the statement period        30
   4 Deposits/Credits         128.00    Average Ledger                  148.76
   7 Checks/Debits            216.52    Average Collected               148.76
Service Charge                   .00
Interest Paid                    .00
Ending Balance                144.12
```

|                                   | Total For This Period | Total Year-to-Date |
|-----------------------------------|-----------------------|--------------------|
| Overdraft item fees year to date  | $.00                  | $394.00            |
| Return item fees year to date     | $.00                  | $.00               |

```
Activity in Date Order
Date     Description                     Amount
6/01 Reverse OD Item Charge              32.00          264.64
6/01 Acct Analysis Fee-Prev Month        21.31-         243.33
6/02 MERCH FEE  MERCHANT SERVICE         46.50-         196.83
        1841010148            15/06/02
        ID #-8022099983
        TRACE #-042000017238496
6/02 Paid Item Fee                       32.00-         164.83
```

(handwritten annotations)

Debits/Credits

Reverse OD Item Charge  $128.00 (Other)

$128.00 (Other)

Total

Checks/Debits

Merchant Fee  $99.21 (Other)
Analysis Fee  21.31 (Other)
Paid Item Fee  96.00 (Other)

Total  $216.52

```
                                        Date  6/30/15              Page   2
                                        Account Number   @XXXXXXXXXX@3060
                                        Enclosures
```

```
Account Analysis              @XXXXXXXXXX@3060   (Continued)

Activity in Date Order
Date      Description                          Amount    Other        117.12
  6/02 MERCH FEE  MERCHANT SERVICE              47.71-
         1841010148          15/06/02
         ID #-8022099991
         TRACE #-042000017238451
  6/02 Paid Item Fee                            32.00-                  85.12
  6/03 Reverse OD Item Charge                   32.00                 117.12
  6/03 Reverse OD Item Charge                   32.00                 149.12
  6/10 MERCH CHBK  MERCHANT SERVICE              5.00-    Other        144.12
         1841010148          15/06/10
         ID #-8022099991
         TRACE #-042000017894427
  6/10 Paid Item Fee                            32.00-                 112.12
  6/11 Reverse OD Item Charge                   32.00                 144.12
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: _*Naperville Theater, LLC*_     CASE NO.: _*15-05384*_

DISBURSEMENT LISTING

FOR MONTH ENDING _*June 30*_, 20 _*15*_

Bank: _*First Community Bank*_

Location: _*14150 S. U.S. 30 Plainfield, IL 60544*_

Account Name: _*Naperville Theater, LLC DBA Hollywood Palms*_
_*Debtor in Possession*_

Account No.: _*217 007459*_

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|

*See Attached*

TOTAL: _*$44,8606.54*_

You must create a separate list for each bank account from which disbursements were made during
the month.

OPERATING REPORT  Page 3



```
                                        Date  6/30/15           Page    1
                                        Account Number   @XXXXXXXXXX@7459
                                        Enclosures                     11


        NAPERVILLE THEATER LLC
        DBA HOLLYWOOD PALMS
        DEBTOR IN POSSESSION
        1325 REMINGTON ROAD
        SUITE H
        SCHAUMBURG IL 60173


                    ---- CHECKING ACCOUNTS ----

   TO ENROLL IN E-STATEMENTS LOG ON TO ONLINE BANKING OR CALL YOUR LOCAL BANKER
   AND THEY WILL BE HAPPY TO ASSIST YOU.


1st Choice Business Checking        Number of Enclosures             11
Account Number     @XXXXXXXXXX@7459 Statement Dates   6/01/15 thru 6/30/15
Previous Balance        35,904.50   Days in the statement period     30
   3 Deposits/Credits    43,192.75  Average Ledger             39,713.21
  12 Checks/Debits       44,866.54  Average Collected          39,713.21
Service Charge                 .00
Interest Paid                  .00
Ending Balance          34,230.71


Activity in Date Order
Date     Description                    Amount
  6/01 INCLEARING CHECK #               35.25-        35,869.25
  6/01 INCLEARING CHECK # 29622         34.14-        35,835.11
  6/02 INCLEARING CHECK # 29001        107.76-        35,727.35
  6/04 DDA REGULAR DEPOSIT           1,892.75         37,620.10
  6/08 INCLEARING CHECK #              202.69-        37,417.41
  6/08 INCLEARING CHECK # 97         1,425.71-        35,991.70
  6/09 INCLEARING CHECK #              866.13-        35,125.57
  6/09 INCLEARING CHECK #            1,457.64-        33,667.93
  6/10 INCLEARING CHECK #              275.39-        33,392.54
  6/10 INCLEARING CHECK # 29285         76.69-        33,315.85
  6/22 INCLEARING CHECK # 29464        181.34-        33,134.51
  6/22 INCLEARING CHECK # 29601        203.80-        32,930.71
  6/25 transfer per JFS             40,000.00         72,930.71
  6/25 DDA REGULAR DEPOSIT           1,300.00         74,230.71
  6/29 Wire Transfer Debit          40,000.00-        34,230.71
       COMAN & ANDERSON P C
       071925046
       1139549
```

Handwritten annotations:

AR (next to Activity in Date Order / Amount headings)

Refunds Checks (near 6/02 and 6/04 entries)

AR (6/08 202.69-)
BSP TAXES (6/09 866.13-)
AR (6/10 275.39-)

Refund Check (near 6/25 DDA REGULAR DEPOSIT)

Professional Fees (near 6/29 Wire Transfer Debit)

Deposits / Credits
Transfer          $40,000.00
Refunds            3,192.75
                  $43,192.75

Checks / Debits
Professional Fees   $40,000.00
Payroll                 841.67
Payroll Taxes         2,599.16
Lease / Rent          1,425.71
                   $44,866.54



```
                                        Date  6/30/15            Page    2
                                        Account Number  @XXXXXXXXXX@7459
                                        Enclosures                     11
```

```
1st Choice Business Checking        @XXXXXXXXXX@7459   (Continued)
Activity in Date Order
Date        Description                              Amount
            650 WARRENVILLE RD
            LISLE IL  60532
            AMERICAN CHARTERED
            REFERENCE:  DAVID NEWBY /
                        NAPERVILLE THEATER
            201506297192636200003
```

```
                    --- CHECKS IN NUMBER ORDER ---
Date      Check No              Amount   Date   Check No            Amount
 6/01                            35.25   6/02   29001*              107.76
 6/08                           202.69   6/10   29285*               76.69
 6/09                           866.13   6/22   29464*              181.34
 6/09                         1,457.64   6/22   29601*              203.80
 6/10                           275.39   6/01   29622*               34.14
 6/08      97*                1,425.71
* Denotes missing check numbers
```

```
                                        Date  6/30/15              Page    1
                                        Account Number    @XXXXXXXXXX@7483
                                        Enclosures
```

```
        NAPERVILLE THEATER LLC
        DEBTOR IN POSSESSION
        UTILITIES ADEQUATE ASSURANCE ACCOUNT
        1325 REMINGTON ROAD
        SUITE H
        SCHAUMBURG IL 60173
```

```
                        ---- CHECKING ACCOUNTS ----

     TO ENROLL IN E-STATEMENTS LOG ON TO ONLINE BANKING OR CALL YOUR LOCAL BANKER
     AND THEY WILL BE HAPPY TO ASSIST YOU.
```

```
1st Choice Business Checking        Number of Enclosures            0
Account Number        @XXXXXXXXXX@7483  Statement Dates   6/01/15 thru  6/30/15
Previous Balance          5,000.00   Days in the statement period       30
   1 Deposits/Credits    40,000.00   Average Ledger              5,000.00
   1 Checks/Debits       40,000.00   Average Collected           5,000.00
Service Charge                 .00
Interest Paid                  .00
Ending Balance            5,000.00
```

```
Activity in Date Order
Date     Description                    Amount
 6/25 DDA REGULAR DEPOSIT           40,000.00       45,000.00
 6/25 transfer per JFS             40,000.00-        5,000.00
```